UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Kenneth Haugen, et al.,                                           Civil No. 20-174 (PJS/LIB)

          Plaintiffs,

    vs.                                                       ORDER ADOPTING
                                                          REPORT AND RECOMMENDATION

Polk County Department of Social Services, et al.,

          Defendants.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Plaintiffs' Complaint, [Docket No. 1], is **DISMISSED without prejudice** based on a lack of subject matter jurisdiction; and

2. Plaintiffs' Application to Proceed in District Court Without Prepaying Fees or Costs, [Docket No. 3], is **DENIED as moot**.


DATED: 2/24/21                                        s/Patrick J. Schiltz_____
At Minneapolis, Minnesota                 Patrick J. Schiltz, Judge
                                                      United States District Court